FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (10/05)    Case Number 9:06-bk-06521-ALP

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on November 17, 2006.
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dianne Marie Welch
163 Weber Blvd. S.
Naples, FL 34117

| Case Number: | Social Security/Taxpayer ID/Employer ID/Other Nos.: |
|---|---|
| 9:06-bk-06521-ALP | xxx-xx-1361 |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Carmen Dellutri | Robert E Tardif Jr |
| The Dellutri Law Group, PA | Trustee |
| 1436 Royal Palm Square Blvd. | 1601 Jackson Street, Suite 106 |
| Fort Myers, FL 33919 | Ft. Myers, FL 33901 |
| Telephone number: 239-939-0900 | Telephone number: 239-334-0068 |

### Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones into the Courthouse.

Date: **January 2, 2007**    Time: **09:30 AM**
Location: **U.S. Courthouse Federal Bldg., 2110 First Street 2-101, Fort Myers, FL 33901**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts:
March 5, 2007**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| 801 N. Florida Ave. Suite 727 | Clerk of the Bankruptcy Court: |
| Tampa, FL 33602-3899 | Lee Ann Bennett |
| Telephone number: | |
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date: November 22, 2006 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

EXHIBIT "A"

## EXPLANATIONS                                    FORM B9A (10/05)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline.<br><br>** Individual debtors in Chapter 7 cases must complete an instructional course in personal financial management in order to receive a discharge under chapter 7. A statement regarding completion of the course must be filed within 45 days after the first date set for the meeting of creditors. Failure to timely file the statement may result in the case being closed without entry of the discharge of debts. If the case is closed without the entry of a discharge, the debtor must file a motion to reopen, with the appropriate filing fee, in order to file the statement and obtain a discharge of debts. ** **Applies to cases filed on or after October 17, 2005**. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Foreign Creditors | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| | — Refer to Other Side for Important Deadlines and Notices — |
| Voice Case Info. System (VCIS) | For use with a touch-tone phone only; using the dial pad VCIS will provide the caller with basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. VCIS is accessible 24 hours a day except when routine maintenance is performed. To access VCIS toll free call 1-866-879-1286. |

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 113A-9          User: dannep              Page 1 of 2                Date Rcvd: Nov 22, 2006
Case: 06-06521                Form ID: B9A              Total Served: 80


The following entities were served by first class mail on Nov 24, 2006.
db          +Dianne Marie Welch,    163 Weber Blvd. S.,    Naples, FL 34117-3035
aty         +Carmen Dellutri,    The Dellutri Law Group, PA,    1436 Royal Palm Square Blvd.,
              Fort Myers, FL 33919-1049
tr          +Robert E Tardif, Jr,    Trustee,    1601 Jackson Street, Suite 106,    Ft. Myers, FL 33901-2948
ust         +United States Trustee - FTM7,    Timberlake Annex, Suite 1200,    501 E. Polk Street,
              Tampa, FL 33602-3949
13209005    +AMO Recoveries,    7067 W Broward Blvd Ste C,    Plantation, FL 33317-2205
13209006    +AMO Recoveris,    PO Box 926200,    Norcross, GA 30010-6200
13209013     ATTENTION, LLC,    PO BOX 2508,    Sherman, TX 75091-2508
13209004    +Academy Collection Service,    10965 Decatur Rd,    Philadelphia, PA 19154-3294
13209008    +Assistant US Trustee,    Timberlake Annex,    Suite 1200,    501 E Polk Street,
              Tampa, FL 33602-3945
13209010    +Associated Recovery Systems,    PO Box 1232,    Oaks, PA 19456-1232
13209016     Bankcard Services,    PO Box 15026,    Wilmington, DE 19850-5026
13209014     Bankcard Services,    PO Box 15137,    Wilmington, DE 19886-5137
13209018    +Bk Of Amer,    P.O. Box 7047,    Dover, DE 19903-7047
13209019    +Bk Of Amer,    680 Blair Mill Road,    Horsham, PA 19044-2223
13209020    +Blair Corp,    307 Liberty St,    Warren, PA 16366-1000
13209021    +Boa Mbna,    P.O. Box 17054,    Wilmington, DE 19884-0001
13209023    +Cap 1 Bank,    Po Box 85015,    Richmond, VA 23285-5015
13209024     Cap 1 Fsb,    P.O.Box 26030,    Richmond, VA 23260-6030
13209025    +Capital Management Services,,    726 Exchange Street,    Suite 700,    Buffalo, NY 14210-1464
13209029    +Cbusasears,    8725 W. Sahara Ave,    The Lakes, NV 89163-0001
13209035    +ChexSystems,    Consumer Relation,    7805 Hudson Rd Ste 100,    Woodbury, MN 55125-1595
13209036     Citi,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
13209037    +Client Services Inc,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
13209038     Conrad Credit Corporation,    Post Office Box 469108,    Escondido, CA 92046-9108
13209041    +Equifax Credit,    PO Box 740256,    Atlanta, GA 30374-0256
13209042    +Experian,    PO Box 9558,    Allen, TX 75013-9558
13209045    +FORD MOTOR CREDIT,    CUSTOMER SERVICE CENTER,    P.O. BOX 542000,    Omaha, NE 68154-8000
13209046    +FORD MOTOR CREDIT,    PO BOX 31111,    Tampa, FL 33631-3111
13209043    +Fcnb Prfch,    P.O. Box 2210,    Portland, OR 97015-2210
13209044    +Ford Motor Credit,    12110 Emmet,    Omaha, NE 68164-4263
13209047    +Fst Premie,    900 Delaware Suite 7,    Sioux Falls, SD 57104-0337
13209048    +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
13209049     Ge Capital,    901 Roosevelt Pkwy,    Chesterfield, MO 63017-2056
13209050    +Gemb/Jcp,    Po Box 981402,    El Paso, TX 79998-1402
13209051    +Home Depot,    Processing Center,    Des Moines, IA 50364-0001
13209052     Home Depot,    P.O. Box 9100,    Des Moines, IA 50368-9100
13209053    +Howard Lee Schiff, P.C.,    10 Dorrance Street,    Suite 515,    Providence, RI 02903-2018
13209059    +Osi Collection Service,    PO Box 946,    Brookfield, WI 53008-0946
13209060    +Palisades Collection L,    210 Sylvan Ave,    Englewood, NJ 07632-2524
13209061     Penncro Associates Inc,    95 James Way Ste 113,    Southampton, PA 18966-3847
13209062    +Portfolio,    120 Corporate Blvd, Ste 100,    Norfolk, VA 23502-4962
13209063    +Portfolio Recovery Associate,    PO Box 12914,    Norfolk, VA 23541-0914
13209064    +Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
13209067    +RICHARD DEJANA & ASSOCIATES,,    126 N. MERIDIAN ROAD,    Kalispell, MT 59901-3848
13209065    +Redline Recovery,    6341 Inducon Drive East,    Sanborn, NY 14132-9016
13209066     Redline Recovery Services LL,    1145 Sanctuary Pkwy Ste 350,    Alpharetta, GA 30004-4756
13209068    +Soanb/Fbug,    745 Center Street,    Milford, OH 45150-1324
13209069    +Steven Roberts,    163 Weber Blvd.S.,    Naples, FL 34117-3035
13209070    +The Sagres Company,    P.O. Box 12688,    La Jolla, CA 92039-2688
13209072     Trans Union,    PO Box 2000,    Chester, PA 19022-2002
13209073    +Unifund,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
13209074    +Unifund Co,    10751 Montgomery Road,    Cincinnati, OH 45242-3256
13209075    +United States Attorney,    Attn: Civil Process Clerk,    400 North Tampa Street,    Suite 3200,
              Tampa, FL 33602-4774
13209076    +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13209077    +Usbank,    Po Box 9487,    Minneapolis, MN 55440-9487
13209078     Ventus Capital Services,    P.O. Box 740948,    Houston, TX 77274-0948
13209079    +Ventus Capital Services LP,    9700 Bissonnet Ste 2000,    Houston, TX 77036-8016
13209080     Verizon,    One Alpharetta Place,    Recovery Department,    Alpharetta, GA 30004
13209081     West Asset Management,    PO Box 724617,    Atlanta, GA 31139-1617
13209082     West Asset Management,    PO Box 725329,    Atlanta, GA 31139-2329

The following entities were served by electronic transmission on Nov 22, 2006.
tr           +EDI: QRETARDIF.COM Nov 22 2006 20:16:00      Robert E Tardif, Jr,    Trustee,
              1601 Jackson Street, Suite 106,    Ft. Myers, FL 33901-2948
13209007    +EDI: ARROW.COM Nov 22 2006 20:15:00      Arrow Financial Services,    5996 W Touhy Ave,
              Niles, IL 60714-4610
13209009     EDI: ARSN.COM Nov 22 2006 20:15:00      Associated Recovery Systems,    PO Box 469046,
              Escondido, CA 92046-9046
13209016     EDI: BANKAMMBNA.COM Nov 22 2006 20:15:00      Bankcard Services,    PO Box 15026,
              Wilmington, DE 19850-5026
13209014     EDI: BANKAMMBNA.COM Nov 22 2006 20:15:00      Bankcard Services,    PO Box 15137,
              Wilmington, DE 19886-5137
13209027    +EDI: CAPITALONE.COM Nov 22 2006 20:16:00      Capital One,    1957 Westmoreland Rd,
              Richmond, VA 23276-0001
13209028     EDI: CAPITALONE.COM Nov 22 2006 20:16:00      Capital One Bank,    P.O. Box 85617,
              Richmond, VA 23276-0001
13209029    +EDI: SEARS.COM Nov 22 2006 20:16:00      Cbusasears,    8725 W. Sahara Ave,
              The Lakes, NV 89163-0001
13209031     EDI: CHASE.COM Nov 22 2006 20:15:00      Chase,    P.O. Box 52195,    Phoenix, AZ 85072-2195
```

```
District/off: 113A-9            User: dannep              Page 2 of 2             Date Rcvd: Nov 22, 2006
Case: 06-06521                  Form ID: B9A              Total Served: 80

The following entities were served by electronic transmission (continued)
13209030      +EDI: CHASE.COM Nov 22 2006 20:15:00      Chase,     P.O. Box 15583,     Wilmington, DE 19886-1194
13209032      +EDI: CHASE.COM Nov 22 2006 20:15:00      Chase Na,     4915 Independence Parkway,
              Tampa, FL 33634-7518
13209034      +EDI: TSYS.COM Nov 22 2006 20:15:00       Cherry & Webb,     8 N Main St Ste 403,
              Attleboro, MA 02703-2282
13209036       EDI: CITICORP.COM Nov 22 2006 20:16:00      Citi,     P.O. Box 6500,     Sioux Falls, SD 57117-6500
13209039      +EDI: DISCOVER.COM Nov 22 2006 20:15:00      Discover Fin Svcs Llc,     Po Box 15316,
              Wilmington, DE 19850-5316
13209056      +EDI: IRS.COM Nov 22 2006 20:15:00     INTERNAL REVENUE SERVICE,      SPECIAL PROCEDURES BRANCH,
              ATTN: BANKRUPTCY SECT., MAI,     P.O. BOX 17167,     FORT LAUDERDALE, FL 33318-7167
13209055      +EDI: IRS.COM Nov 22 2006 20:15:00      Internal Revenue Service,     P.O. Box 47-421,
              Atlanta, GA 30362-0421
13209054      +EDI: IRS.COM Nov 22 2006 20:15:00      Internal Revenue Service,     Special Procedures-Insolvenc,
              7850 SW 6TH Court, Room 165,     Stop 5760- All Other Chapter,      Plantation, FL 33324-3202
13209057      +EDI: CBSKOHLS.COM Nov 22 2006 20:15:00      Kohl/Chase,     N56 W17000 Ridgewood Dr,
              Menomonee Falls, WI 53051-5660
13209058      +EDI: WTRWFNNB.COM Nov 22 2006 20:15:00      Lerners,     Po Box 182121,     Columbus, OH 43218-2121
13209060      +EDI: ASTAFUND.COM Nov 22 2006 20:15:00      Palisades Collection L,     210 Sylvan Ave,
              Englewood, NJ 07632-2524
13209066       EDI: RRSB.COM Nov 22 2006 20:15:00      Redline Recovery Services LL,     1145 Sanctuary Pkwy Ste 350,
              Alpharetta, GA 30004-4756
13209071      +EDI: WTRRNBANK.COM Nov 22 2006 20:16:00      Tnb-Visa,     3701 Wayzata Blvd,
              Minneapolis, MN 55416-3401
13209077      +EDI: USBANKARS.COM Nov 22 2006 20:15:00      Usbank,     Po Box 9487,     Minneapolis, MN 55440-9487
13209087      +EDI: WOLPOFF.COM Nov 22 2006 20:15:00      WOLPOFF & ABRAMSON, LLP,     2 IRVINGTON CENTRE,
              702 KING FARM BLVD.,     Rockville, MD 20850-5774
13209083       EDI: WTRWFNNB.COM Nov 22 2006 20:15:00      Wffnb/Vs,     Po Box 182128,     Columbus, OH 43218-2128
13209084       EDI: WTRWFNNB.COM Nov 22 2006 20:15:00      Wfnnb/Bh,     Mail Order Instant Credit,     PO Box 182121,
              Columbus, OH 43218-2121
13209085      +EDI: WTRWFNNB.COM Nov 22 2006 20:15:00      Wfnnb/Lerner,     Po Box 182121,
              Columbus, OH 43218-2121
13209086      +EDI: WTRWFNNB.COM Nov 22 2006 20:15:00      Wfnnb/Vctria,     Po Box 182128,
              Columbus, OH 43218-2128
                                                                                                TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13209040       Emille Jarrett,    Xanadu Beach Resort,     P.O. Box F-42438 Freeport,     Grand Bahama Island
13209011*      Associated Recovery Systems,    PO Box 469046,     Escondido, CA 92046-9046
13209012*      Associated Recovery Systems,    PO Box 469046,     Escondido, CA 92046-9046
13209017*      Bankcard Services,    PO Box 15026,     Wilmington, DE 19850-5026
13209015*      Bankcard Services,    PO Box 15137,     Wilmington, DE 19886-5137
13209022*     +Boa Mbna,    P.O. Box 17054,     Wilmington, DE 19884-0001
13209026*     +Capital Management Services,,     726 Exchange Street Ste 700,     Buffalo, NY 14210-1464
13209033*     +Chase Na,    4915 Independence Parkway,     Tampa, FL 33634-7518
13209088*     +WOLPOFF & ABRAMSON, LLP,    2 IRVINGTON CENTRE,     702 KING FARM BLVD.,     Rockville, MD 20850-5774
                                                                                          TOTALS: 1, * 8

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 24, 2006                    Signature:    *Joseph Speetjens* (signature)