Label Matrix for local noticing
113A-9
Case 9:06-bk-06521-ALP
Middle District of Florida
Ft. Myers
Thu Jan 24 00:02:25 EST 2008

Ford Motor Credit Company
c/o Brad W Hissing Esq
Kass Shuler Solomon Et Al
P O Box 800
Tampa, FL 33601-0800

Sam M. Gibbons United States Courthouse
801 N. Florida Ave. Suite 727
Tampa, FL 33602-3848

AMO Recoveries
7067 W Broward Blvd Ste C
Plantation, FL 33317-2205

AMO Recoveris
PO Box 926200
Norcross, GA 30010-6200

ATTENTION, LLC
PO BOX 2508
Sherman, TX 75091-2508

Academy Collection Service
10965 Decatur Rd
Philadelphia, PA 19154-3294

Arrow Financial Services
5996 W Touhy Ave
Niles, IL 60714-4610

Assistant US Trustee
Timberlake Annex
Suite 1200
501 E Polk Street
Tampa, FL 33602-3945

Associated Recovery Systems
PO Box 1232
Oaks, PA 19456-1232

Associated Recovery Systems
PO Box 469046
Escondido, CA 92046-9046

Bankcard Services
PO Box 15026
Wilmington, DE 19850-5026

Bankcard Services
PO Box 15137
Wilmington, DE 19886-5137

Bk Of Amer
680 Blair Mill Road
Horsham, PA 19044-2223

Bk Of Amer
P.O. Box 7047
Dover, DE 19903-7047

Blair Corp
307 Liberty St
Warren, PA 16366-1000

Boa Mbna
P.O. Box 17054
Wilmington, DE 19884-0001

Cap 1 Bank
Po Box 85015
Richmond, VA 23285-5015

Cap 1 Fsb
P.O.Box 26030
Richmond, VA 23260-6030

Capital Management Services,
726 Exchange Street
Suite 700
Buffalo, NY 14210-1464

Capital One
1957 Westmoreland Rd
Richmond, VA 23276-0001

Capital One Bank
P.O. Box 85617
Richmond, VA 23276-0001

Cbusasears
8725 W. Sahara Ave
The Lakes, NV 89163-0001

Chase
P.O. Box 15583
Wilmington, DE 19886-1194

Chase
P.O. Box 52195
Phoenix, AZ 85072-2195

Chase Na
4915 Independence Parkway
Tampa, FL 33634-7518

Cherry & Webb
8 N Main St Ste 403
Attleboro, MA 02703-2282

ChexSystems
Consumer Relation
7805 Hudson Rd Ste 100
Woodbury, MN 55125-1595

Citi
P.O. Box 6500
Sioux Falls, SD 57117-6500

Client Services Inc
3451 Harry S Truman Blvd
Saint Charles, MO 63301-9816



EXHIBIT "B"

Conrad Credit Corporation
Post Office Box 469108
Escondido, CA 92046-9108

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Equifax Credit
PO Box 740256
Atlanta, GA 30374-0256

Experian
PO Box 9558
Allen, TX 75013-9558

FORD MOTOR CREDIT
CUSTOMER SERVICE CENTER
P.O. BOX 542000
Omaha, NE 68154-8000

FORD MOTOR CREDIT
PO BOX 31111
Tampa, FL 33631-3111

Fcnb Prfch
P.O. Box 2210
Portland, OR 97015

Ford Motor Credit
12110 Emmet
Omaha, NE 68164-4263

Ford Motor Credit Company
P.O. Box 537901
Livonia, MI 48153-7901

Fst Premie
900 Delaware Suite 7
Sioux Falls, SD 57104-0337

GC Services
6330 Gulfton
Houston, TX 77081-1198

Ge Capital
901 Roosevelt Pkwy
Chesterfield, MO 63017-2056

Gemb/Jcp
Po Box 981402
El Paso, TX 79998-1402

Home Depot
P.O. Box 9100
Des Moines, IA 50368-9100

Home Depot
Processing Center
Des Moines, IA 50364-0500

Howard Lee Schiff, P.C.
10 Dorrance Street
Suite 515
Providence, RI 02903-2018

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Kohl/Chase
N56 W17000 Ridgewood Dr
Menomonee Falls, WI 53051-5660

Lerners
Po Box 182121
Columbus, OH 43218-2121

Osi Collection Service
PO Box 946
Brookfield, WI 53008-0946

Palisades Collection L
210 Sylvan Ave
Englewood, NJ 07632-2524

Penncro Associates Inc
95 James Way Ste 113
Southampton, PA 18966-3847

Portfolio
120 Corporate Blvd, Ste 100
Norfolk, VA 23502-4962

Portfolio Recovery Associate
PO Box 12914
Norfolk, VA 23541-0914

Portfolio Recvry&Affil
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4962

RICHARD DEJANA & ASSOCIATES,
126 N. MERIDIAN ROAD
Kalispell, MT 59901-3848

Redline Recovery
6341 Inducon Drive East
Sanborn, NY 14132-9016

Redline Recovery Services LL
1145 Sanctuary Pkwy Ste 350
Alpharetta, GA 30004-4756

Soanb/Fbug
745 Center Street
Milford, OH 45150-1324

Steven Roberts
163 Weber Blvd.S.
Naples, FL 34117-3035

| | | |
|---|---|---|
| The Sagres Company<br>P.O. Box 12688<br>La Jolla, CA 92039-2688 | Tnb-Visa<br>3701 Wayzata Blvd<br>Minneapolis, MN 55416-3401 | Trans Union<br>PO Box 2000<br>Chester, PA 19022-2002 |
| Unifund<br>10625 Techwoods Circle<br>Cincinnati, OH 45242-2846 | Unifund Co<br>10751 Montgomery Road<br>Cincinnati, OH 45242-3256 | United States Attorney<br>Attn: Civil Process Clerk<br>400 North Tampa Street<br>Suite 3200<br>Tampa, FL 33602-4774 |
| United States Trustee - FTM7<br>Timberlake Annex, Suite 1200<br>501 E. Polk Street<br>Tampa, FL 33602-3949 | Unvl/Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Usbank<br>Po Box 9487<br>Minneapolis, MN 55440-9487 |
| Ventus Capital Services<br>P.O. Box 740948<br>Houston, TX 77274-0948 | Ventus Capital Services LP<br>9700 Bissonnet Ste 2000<br>Houston, TX 77036-8016 | Verizon<br>One Alpharetta Place<br>Recovery Department<br>Alpharetta, GA 30004 |
| WOLPOFF & ABRAMSON, LLP<br>2 IRVINGTON CENTRE<br>702 KING FARM BLVD.<br>Rockville, MD 20850-5774 | West Asset Management<br>PO Box 724617<br>Atlanta, GA 31139-1617 | West Asset Management<br>PO Box 725329<br>Atlanta, GA 31139-2329 |
| Wffnb/Vs<br>Po Box 182128<br>Columbus, OH 43218-2128 | Wfnnb/Bh<br>Mail Order Instant Credit<br>PO Box 182121<br>Columbus, OH 43218-2121 | Wfnnb/Lerner<br>Po Box 182121<br>Columbus, OH 43218-2121 |
| Wfnnb/Vctria<br>Po Box 182128<br>Columbus, OH 43218-2128 | Carmen Dellutri<br>The Dellutri Law Group, PA<br>1436 Royal Palm Square Boulevard<br>Fort Myers, FL 33919-1049 | Dianne Marie Welch<br>27221 Elaine Drive<br>Boniat Springs, FL 34135-6061 |
| Robert E. Tardif Jr.<br>Trustee<br>2430 Shadowlawn Drive, Suite 18<br>Naples, FL 34112-4801 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>SPECIAL PROCEDURES BRANCH<br>ATTN: BANKRUPTCY SECT., MAI<br>P.O. BOX 17167<br>FORT LAUDERDALE, FL 33318 | (d)Internal Revenue Service<br>P.O. Box 47-421<br>Atlanta, GA 30362 | (d)Internal Revenue Service<br>Special Procedures-Insolvenc<br>7850 SW 6TH Court, Room 165<br>Stop 5760- All Other Chapter<br>Plantation, FL 33324 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital Management Services,<br>726 Exchange Street Ste 700<br>Buffalo, NY 14210-1464 | (u)Emille Jarrett<br>Xanadu Beach Resort<br>P.O. Box F-42438 Freeport<br>Grand Bahama Island | End of Label Matrix<br>Mailable recipients  81<br>Bypassed recipients  2<br>Total  83 |