Form B18 (Official Form 18)(10/05)

# United States Bankruptcy Court

## Middle District of Florida

### Case No.  9:06−bk−06521−ALP
### Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Dianne Marie Welch
27221 Elaine Drive
Boniat Springs, FL 34135

Social Security No.:
xxx−xx−1361

Employer's Tax I.D. No.:

---

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

_____

Dated: March 13, 2007

Alexander L. Paskay
United States Bankruptcy Judge

## SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

EXHIBIT
"C"

FORM B18 continued (10/05)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| District/off: 113A-9 | User: dannep | Page 1 of 2 | Date Rcvd: Mar 13, 2007 |
| Case: 06-06521 | Form ID: B18 | Total Served: 83 | |

The following entities were served by first class mail on Mar 15, 2007.
```
db          +Dianne Marie Welch,   27221 Elaine Drive,   Boniat Springs, FL 34135-6061
aty         +Brad W Hissing,   Kass Shuler Solomon Spector Foyle et al,   PO Box 800,   Tampa, FL 33601-0800
aty         +Carmen Dellutri,   The Dellutri Law Group, PA,   1436 Royal Palm Square Blvd.,
              Fort Myers, FL 33919-1049
tr          +Robert E Tardif, Jr,   Trustee,   1601 Jackson Street, Suite 106,   Ft. Myers, FL 33901-2948
ust         +United States Trustee - FTM7,   Timberlake Annex, Suite 1200,   501 E. Polk Street,
              Tampa, FL 33602-3949
cr           Ford Motor Credit Company,   c/o Brad W Hissing Esq,   Kass Shuler Solomon Et Al,   P O Box 800,
              Tampa, FL 33601-0800
13209005    +AMO Recoveries,   7067 W Broward Blvd Ste C,   Plantation, FL 33317-2205
13209006    +AMO Recoveris,   PO Box 926200,   Norcross, GA 30010-6200
13209013    +ATTENTION, LLC,   PO BOX 2508,   Sherman, TX 75091-2508
13209004    +Academy Collection Service,   10965 Decatur Rd,   Philadelphia, PA 19154-3294
13209008    +Assistant US Trustee,   Timberlake Annex,   Suite 1200,   501 E Polk Street,
              Tampa, FL 33602-3945
13209010    +Associated Recovery Systems,   PO Box 1232,   Oaks, PA 19456-1232
13209016     Bankcard Services,   PO Box 15026,   Wilmington, DE 19850-5026
13209014     Bankcard Services,   PO Box 15137,   Wilmington, DE 19886-5137
13209018    +Bk Of Amer,   P.O. Box 7047,   Dover, DE 19903-7047
13209019    +Bk Of Amer,   680 Blair Mill Road,   Horsham, PA 19044-2223
13209020    +Blair Corp,   307 Liberty St,   Warren, PA 16366-1000
13209021    +Boa Mbna,   P.O. Box 17054,   Wilmington, DE 19884-0001
13209023    +Cap 1 Bank,   Po Box 85015,   Richmond, VA 23285-5015
13209024     Cap 1 Feb,   P.O.Box 26030,   Richmond, VA 23260-6030
13209025    +Capital Management Services,,   726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
13209029    +Cbusasears,   8725 W. Sahara Ave,   The Lakes, NV 89163-0001
13209035    +ChexSystems,   Consumer Relation,   7805 Hudson Rd Ste 100,   Woodbury, MN 55125-1595
13209036     Citi,   P.O. Box 6500,   Sioux Falls, SD 57117-6500
13209037    +Client Services Inc,   3451 Harry S Truman Blvd,   Saint Charles, MO 63301-9816
13209038     Conrad Credit Corporation,   Post Office Box 469108,   Escondido, CA 92046-9108
13209041    +Equifax Credit,   PO Box 740256,   Atlanta, GA 30374-0256
13209042    +Experian,   PO Box 9558,   Allen, TX 75013-9558
13209045    +FORD MOTOR CREDIT,   CUSTOMER SERVICE CENTER,   P.O. BOX 542000,   Omaha, NE 68154-8000
13209046    +FORD MOTOR CREDIT,   PO BOX 31111,   Tampa, FL 33631-3111
13209043    +Fcnb Prfch,   P.O. Box 2210,   Portland, OR 97015-2210
13209044    +Ford Motor Credit,   12110 Emmet,   Omaha, NE 68164-4263
13238682    +Ford Motor Credit Company,   P.O. Box 537901,   Livonia, MI 48153-7901
13209048    +GC Services,   6330 Gulfton,   Houston, TX 77081-1198
13209049     Ge Capital,   901 Roosevelt Pkwy,   Chesterfield, MO 63017-2056
13209050    +Gemb/Jcp,   Po Box 981402,   El Paso, TX 79998-1402
13209052     Home Depot,   P.O. Box 9100,   Des Moines, IA 50368-9100
13209051     Home Depot,   Processing Center,   Des Moines, IA 50364-0500
13209053    +Howard Lee Schiff, P.C.,   10 Dorrance Street,   Suite 515,   Providence, RI 02903-2018
13209059    +Osi Collection Service,   PO Box 946,   Brookfield, WI 53008-0946
13209060    +Palisades Collection L,   210 Sylvan Ave,   Englewood, NJ 07632-2524
13209061     Penncro Associates Inc,   95 James Way Ste 113,   Southampton, PA 18966-3847
13209062    +Portfolio,   120 Corporate Blvd, Ste 100,   Norfolk, VA 23502-4962
13209063    +Portfolio Recovery Associate,   PO Box 12914,   Norfolk, VA 23541-0914
13209064    +Portfolio Recvry&Affil,   120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4962
13209067    +RICHARD DEJANA & ASSOCIATES,,   126 N. MERIDIAN ROAD,   Kalispell, MT 59901-3848
13209065    +Redline Recovery,   6341 Inducon Drive East,   Sanborn, NY 14132-9016
13209068    +Soanb/Fbug,   745 Center Street,   Milford, OH 45150-1324
13209069    +Steven Roberts,   163 Weber Blvd.S.,   Naples, FL 34117-3035
13209070    +The Sagres Company,   P.O. Box 12688,   La Jolla, CA 92039-2688
13209072     Trans Union,   PO Box 2000,   Chester, PA 19022-2002
13209073    +Unifund,   10625 Techwoods Circle,   Cincinnati, OH 45242-2846
13209074    +Unifund Co,   10751 Montgomery Road,   Cincinnati, OH 45242-3256
13209075    +United States Attorney,   Attn: Civil Process Clerk,   400 North Tampa Street,   Suite 3200,
              Tampa, FL 33602-4774
13209076    +Unvl/Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
13209077    +Usbank,   Po Box 9487,   Minneapolis, MN 55440-9487
13209078     Ventus Capital Services,   P.O. Box 740948,   Houston, TX 77274-0948
13209079    +Ventus Capital Services LP,   9700 Bissonnet Ste 2000,   Houston, TX 77036-8016
13209080     Verizon,   One Alpharetta Place,   Recovery Department,   Alpharetta, GA 30004
13209081     West Asset Management,   PO Box 724617,   Atlanta, GA 31139-1617
13209082     West Asset Management,   PO Box 725329,   Atlanta, GA 31139-2329
```

The following entities were served by electronic transmission on Mar 14, 2007.
```
tr          +EDI: QRETARDIF.COM Mar 13 2007 22:55:00   Robert E Tardif, Jr,   Trustee,
              1601 Jackson Street, Suite 106,   Ft. Myers, FL 33901-2948
13209007    +EDI: ARROW.COM Mar 13 2007 22:54:00   Arrow Financial Services,   5996 W Touhy Ave,
              Niles, IL 60714-4610
13209009     EDI: ARSN.COM Mar 13 2007 22:54:00   Associated Recovery Systems,   PO Box 469046,
              Escondido, CA 92046-9046
13209016     EDI: BANKAMMBNA.COM Mar 13 2007 22:56:00   Bankcard Services,   PO Box 15026,
              Wilmington, DE 19850-5026
13209014     EDI: BANKAMMBNA.COM Mar 13 2007 22:56:00   Bankcard Services,   PO Box 15137,
              Wilmington, DE 19886-5137
13209027    +EDI: CAPITALONE.COM Mar 13 2007 22:55:00   Capital One,   1957 Westmoreland Rd,
              Richmond, VA 23276-0001
13209028     EDI: CAPITALONE.COM Mar 13 2007 22:55:00   Capital One Bank,   P.O. Box 85617,
              Richmond, VA 23276-0001
```