[87fd] [FINAL DECREE]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                                             Case No. 9:06-bk-06521-ALP
                                                                   Chapter 7

Dianne Marie Welch
27221 Elaine Drive
Boniat Springs, FL 34135

_____Debtor(s)_____/

FINAL DECREE

The estate of the above-named debtor has been fully administered.

IT IS ORDERED THAT:

- Robert E Tardif Jr is discharged as trustee of the estate of the above-named debtor and the bond as pertains to this case is cancelled;

- the Chapter 7 case of the above-named debtor is closed.

DONE AND ORDERED on June 20, 2007.

*[signature]*

Alexander L. Paskay
United States Bankruptcy Judge

*Set forth all names, including trade names, used by the debtor(s) within the last 6 years (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.

EXHIBIT "D"