## Receipt 1 (top)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Trans Union
att: Dispute Res. Dept.
P.O. Box 2000
Chester, PA 19022

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X TransUnion LLC ☐ Agent ☐ Addressee
B. Received by (Printed Name): APR 0 9 2007 — C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number: 7006 2760 0000 7072 9056

S Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

## Receipt 2 (rotated, left)

**SENDER: COMPLETE THIS SECTION**
Article Addressed to:

Experian Inf. Solution
attn: Aquisition Legal Dept.
701 Experian Parkway
P.O. Box 1240
Allen, TX 75013

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X ☐ Agent ☐ Addressee
B. Received by (Printed Name): EXPERIAN — C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Article Number: 7006 2760 0000 7072 9070

## Receipt 3 (rotated, right)

**SENDER: COMPLETE THIS SECTION**
Article Addressed to:

Equifax Inf. Services
attn: Dispute Res. Dept.
P.O. Box 105873
Atlanta, GA 30348

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X
B. Received by (Printed Name): APR 1 0 2007
D. Is delivery address different from item 1?

3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)

Article Number: 7006 2760 0000 7072 9063

EXHIBIT "E"